**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,

    Plaintiff,

v.

Lorin K. Buckner-1,
Dessalines Sealy-5,

    Defendants.

Case No.   1:19cr024

Judge Michael R. Barrett

## Criminal Minutes
### Jury Trial (Day 7)

**HONORABLE MICHAEL R. BARRETT, U.S DISTRICT JUDGE**
**COURTROOM DEPUTY:** Krista Zeller
**LAW CLERK:** Lindsay Littleton
**COURT REPORTER:** Maryann Maffia, Official

**DATE:** December 1, 2022     **TIME:** 9:00 - 11:30

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Ebun Taiwo | Lorin Buckner (1) pro se |
| Tim Mangan | Stephanie Kessler, standby |
|  | Dessalines Sealy, pro se |

### WITNESSES

### PROCEDURES

- ✓ Counsel present
- ___ Plaintiff admits exhibits
- ___ Defendant moves for Rule 29 Motion
- ___ Defendant calls witnesses or continues
- ___ Defendant rests
- ___ Judge Grants/Denies Rule 29 Motion
- ___ No rebuttal
- ___ Jury charged
- ✓ Jury deliberates and returns a verdict.

- ___ Plaintiff calls witnesses or continues
- ___ Plaintiff rests
- ___ Judge Grants/Denies Rule 29 Motion
- ___ Defendant admits exhibits
- ___ Defendant renews Rule 29 Motion
- ___ Plaintiff=s rebuttal
- ___ Jury Charge conference held
- ___ Closing Arguments

Court adjourned or in recess until _____.

Remarks: