UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                          Case No.   1:19cr024-5

Dessalines Sealy,                   Judge Michael R. Barrett

    Defendant.

## ORDER

The defendant has filed several Notices (Docs. 394, 395, 396, 397, 398, 399, 400, 402, 403, 408, 409, 410) all of which are without legal or factual basis and therefore do not require any further action from the Court.

The defendant seeks pre-sentence release (Doc. 401) which is **DENIED** based on reasons that were previously stated on the record.

The defendant requests that his birth certificate be unsealed (Doc. 411) which is **GRANTED in PART and DENIED in PART**. The certificate, in redacted form, will be unsealed.

The defendant also requests the detention of certain named individuals (Doc. 412) this request is ludicrous and is therefore **DENIED**.

**IT IS SO ORDERED.**

                                                          *s/Michael R. Barrett*
                                                          Michael R. Barrett
                                                          United States District Judge